**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **LUIS A. ZULUAGA,** | ) | **CASE NO. 4:09CV1326** |
| | ) | |
| **PLAINTIFF** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **T.R. SNIEZEK, et al.,** | ) | **ORDER** |
| | ) | |
| **DEFENDANTS.** | ) | |
| | ) | |

On October 20, 2009, this Court issued an order assigning this case to Magistrate Judge Benita Y. Pearson for general pre-trial supervision. (Dkt. # 6). On June 4, 2010, the Magistrate Judge issued a Report and Recommendation that the Court DENY Defendant Dominic Quinn's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1). (Dkt. # 23).

FED. R. CIV.P. 72(b) provides that objections to a report and recommendation must be filed within fourteen (14) days after service, but neither party has timely filed any such objections. Therefore, the Court must assume that the parties are satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and an inefficient use of the Court's limited resources. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters,

638 F.2d 947 (6th Cir.1981).

Therefore, the Report and Recommendation of Magistrate Judge Pearson is hereby **ADOPTED**. (Dkt. # 23). Defendand Dominic Quinn's Motion to Dismiss is hereby **DENIED**. (Dkt. # 20).

**IT IS SO ORDERED**.

<u>**/s/ Peter C. Economus - June 22, 2010**</u>
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**